SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
May 03 2024
Arthur Johnston, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:22-cr-00121-KS-BWR-1

CONEL LAMONT HOLLOWAY

**ORDER GRANTING MOTION TO DISMISS COUNTS 1, 3, 4, AND 5 OF THE INDICTMENT**

On motion of the United States Attorney to dismiss Counts 1, 3, 4, and 5 of the Indictment against the defendant, CONEL LAMONT HOLLOWAY, the defendant having pled guilty and having been sentenced Count 2 of the indictment, the Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Counts 1, 3, 4 and 5 in Criminal No. 1:22-cr-00121-KS-BWR against the defendant, CONEL LAMONT HOLLOWAY, are hereby dismissed.

This the  3rd  day of   May   2024.

_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE